AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Texas

United States Courts
Southern District of Texas
**FILED**
*May 26, 2021*
Nathan Ochsner, Clerk of Court

United States of America
v.
Michael Lynn Crisp, Jr.

Defendant(s)

Case No. **3:21-mj-149**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **May 26, 2021** in the county of **Brazoria** in the **Southern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 2252A(a)(5)(B) & (b)(2) | Possession of Child Pornography |

This criminal complaint is based on these facts:
See attached Affidavit of probable cause.

☑ Continued on the attached sheet.

*Gregory R. Brown*
Complainant's signature

Gregory R. Brown, FBI Special Agent
Printed name and title

Signed and sworn to me telephonically

Date: 05/26/2021

Judge's signature

City and state: Houston, Texas

Andrew M. Edison, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Gregory R. Brown, a Special Agent (SA) with the Federal Bureau of Investigation (FBI), being duly sworn, depose and state as follows:

### INTRODUCTION

1. I am a Special Agent of the FBI. I have been a Special Agent with the FBI since April 2003. I am charged with the duty of investigating violations of the laws of the United States, collecting evidence in cases in which the United States is or may be a party in interest, and performing other duties imposed by law. During my assignment with the FBI, I have participated in cases involving child pornography and the sexual exploitation of children in which computers were used as the means for receiving, transmitting, and storing child pornography as defined in Title 18, United States Code, Section 2256.

2. This affidavit is offered in support of a criminal complaint and arrest warrant charging Michael Lynn CRISP, Jr. with violating 18 USC § 2252A(a)(5)(B) and (b)(2) (possession of child pornography). The statements in this affidavit are based upon my investigation, information provided to me by other law enforcement officers and my experience and training as a special agent of the FBI. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included all facts known to me concerning this investigation.

### PROBABLE CAUSE

3. In April 2021, your Affiant began investigating use of a cloud storage account to store child exploitation material. Pursuant to an investigative lead, your Affiant determined that on or about August 29, 2019, at 23:08 UTC, the IP address of 99.196.50.167 was used to import a file known to be part of a series of child pornography referred to as "Daisy's Destruction."

4. A query of the American Registry for Internet Numbers ("ARIN") online database revealed that IP address 99.496.50.167 was registered to Viasat, Inc. On January 7, 2020, a subpoena/administrative summons was issued to Viasat, Inc. regarding the IP address described in the previous paragraph. A review of the results obtained on January 16, 2020, identified the following account holder and address on the date and time queried: Michael Crisp, xxxx FM 2917 Road in Alvin, TX.[1]

5. Your Affiant reviewed publicly available databases and conducted surveillance at xxxx FM 2917 Road. Through database checks and the registration of Toyota Tacoma truck parked in the driveway, Your Affiant was able to determine that Michael Lynn CRISP, Jr. resides at the address. Your Affiant obtained a federal search warrant for the property at xxxx FM 2917 Road.

6. On May 26, 2021, I participated in the execution of the federal search warrant at xxxx FM 2917 Road in Alvin, TX, which is within the Southern District of Texas. During the search, CRISP was detained and advised of his Miranda rights. He stated that he understood his rights and he voluntarily agreed to speak with investigating authorities. The interview was audio recorded. CRISP stated, among other things, that he searched for, located, and viewed child pornography via the Internet while using electronic devices such as his cell phone. CRISP denied using his laptop to access child pornography.

7. The search of the residence resulted in the seizure of two laptops and two cellular telephones. Regarding the laptops:

    a. CRISP and his common-law wife, Aubrea Vanier, who was also

---

[1] All residential addresses and dates of birth have been redacted to comply with court filing requirements. All residential addresses and dates of birth are known to me.

    present during the execution of the search warrant, stated that one of the laptops was non-operational. Investigating authorities determined that one of the laptops seized could not be manually reviewed on-scene.

  b. The other laptop seized was a gray HP model laptop. This laptop was seized from inside the top drawer of a desk in the living room. Investigating authorities were able to manually review this laptop on-scene. The user name on the laptop was "Mike." Vanier stated that the laptop was used by both her and CRISP and that CRISP owned the laptop at the time she met him in 2015. Vanier denied searching for, locating, or viewing child pornography. A cursory review of the contents of the laptop resulted in the discovery of videos and images containing material that appears to meet the federal definition of child pornography.

8. I reviewed fifteen video files found on the laptop. Three representative video files are described below:

  a. **84)13 !!(-pthc center-)(ptsc)20(".avi**: video file depicting a prepubescent female approximately 4-6 years old licking an adult male penis. The video is interrupted with a still photograph of the prepubescent female grabbing the adult male penis with both hands. The video resumes with the adult male straddling the prepubescent female while he masturbates on her face. The prepubescent female attempts to block her face with her hands while crying. The video is 45 seconds in duration.

  b. **Tara 9yo sucksHarry 21.avi**: video file depicting a prepubescent female approximately 8-10 years old laying naked on her stomach outside in the grass, on a Sesame Street bedsheet. She gets on her knees and begins sucking an adult male's penis. She waves to the camera. The video is 1 minute and 3 seconds in duration.

  c. **Kgirl 8Yo – Sucking & Trying Fuck.avi**: video file depicting a prepubescent female approximately 6-8 years old sitting upright, naked on a bed. A naked adult male with an erect penis lays down on the bed and the prepubescent female grabs his penis with her left hand. She rubs the adult penis on and around her mouth while staring at the camera. She then inserts the adult penis into and out of her mouth while looking at the camera. The video begins a second scene with the prepubescent female laying on her stomach. She opens her butt cheeks while the adult male penis touches her vagina and anus. The adult male appears to be trying to penetrate the prepubescent

female's anus with his erect penis. The video is 3 minutes and 4 seconds in duration.

## CONCLUSION

9. Based on the foregoing information, there is probable cause to conclude that Michael Lynn CRISP, Jr. did knowingly possess child pornography using a means and facility of interstate and foreign commerce, shipped and transported in and affecting such commerce by any means, including by computer, in that the defendant, using a computer connected to the Internet, possessed numerous graphic video files of a minor and minors engaged in sexually explicit conduct, in violation of Title 18, USC, Section 2252A(a)(5)(B) and (b)(2).

Gregory R. Brown
Special Agent
Federal Bureau of Investigation

SWORN TO and SUBSCRIBED to me via telephone this 26th day of May, 2021, and I find there is probable cause.

Hon. Andrew M. Edison
UNITED STATES MAGISTRATE JUDGE

4