UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Criminal No. 3:21-cr-13 |
| MICHAEL CRISP, JR., | § § § | |
| Defendant. | § | |

## STIPULATION TO SET RESTITUTION

The United States of America and Defendant Michael Crisp Jr. have entered this Stipulation to Set Restitution. The terms of the Stipulation are as follows:

1. On March 31, 2022, Defendant pleaded guilty to one count of Distribution of Child Pornography in violation of 18 U.S.C. § 2252A(a)(2)(B) and § 2252A(b)(1); one count of Receipt of Child Pornography in violation of 18 U.S.C. § 2252A(a)(2)(B) and § 2252A(b)(1); and one count of Possession of Child Pornography in violation of 18 U.S.C. § 2252A(a)(5)(B) and § 2252A(b)(2).

2. Defendant is scheduled for sentencing on May 31, 2023. Restitution demands have been submitted to the Court. Docket Entry Nos. 44-54, 62.

3. Moore & Van Allen PLLC represents the victim, Ali, of the "ZooFamily1" series. On behalf of the victim, the firm has agreed to accept **$3,000**. Mr. Crisp agrees to pay this amount of restitution.

4. Marsh Law Firm PLLC represents the victim, Amy, of the "Misty" series. On behalf of the victim, the firm has agreed to accept **$3,000**. Mr. Crisp agrees to pay this amount of restitution.

5.  Utah Crime Victims Legal Clinic represents the victim, Andy, of the "Sponge Bob" series. On behalf of the victim, the clinic has agreed to accept **$3,000**. Mr. Crisp agrees to pay this amount of restitution.

6.  Restore the Child, PLLC, represents the victim, Angela, of the "Angela" series. On behalf of the victim, the firm has agreed to accept **$3,500**. Mr. Crisp agrees to pay this amount of restitution.

7.  Utah Crime Victims Legal Clinic represents the victim, Anna, of the "Middle Model Sister" series. On behalf of the victim, the clinic has agreed to accept **$3,000**. Mr. Crisp agrees to pay this amount of restitution.

8.  Restore the Child, PLLC, represents the victim, April, of the "Aprilblonde" series. On behalf of the victim, the firm has agreed to accept **$5,000**. Mr. Crisp agrees to pay this amount of restitution.

9.  Deborah A. Bianco represents the victim, Ava, of the "Sweet Purple Sugar" series. On behalf of the victim, she has agreed to accept **$3,000**. Mr. Crisp agrees to pay this amount of restitution.

10. Carol L. Hepburn represents the victim, Cara, of the "MotorCouch" series. On behalf of the victim, she has agreed to accept **$5,000**. Mr. Crisp agrees to pay this amount of restitution.

11. Restore the Child, PLLC, represents the victim, Chelsea, of the "2 crazygurls" series. On behalf of the victim, the firm has agreed to accept **$3,500**. Mr. Crisp agrees to pay this amount of restitution.

12. Cusack & Gilfillan, LLC, represents the victim, Cindy, of the "Cindy" series. On behalf of the victim, the firm has agreed to accept **$3,000**. Mr. Crisp agrees to pay this amount of restitution.

13. Deborah A. Bianco represents the victim, Dipper, of the "Jester" series. On behalf of the victim, she has agreed to accept **$3,000**. Mr. Crisp agrees to pay this amount of restitution.

14. The representative of the victim, DJMW, of the "Mother Full 20121" series has agreed to accept **$3,000** in restitution. Mr. Crisp agrees to pay this amount of restitution.

15. The Law Office of Erik Bauer represents the victim, Emily, of the "TightsNGold" series. On behalf of the victim, the firm has agreed to accept **$3,000**. Mr. Crisp agrees to pay this amount of restitution.

16. Marsh Law Firm PLLC represents the victim, Erika, of the "Pink Heart Sisters1" series. On behalf of the victim, the firm has agreed to accept **$3,000**. Mr. Crisp agrees to pay this amount of restitution.

17. Marsh Law Firm PLLC represents the victim, Fiona, of the "BluesPink1" series. On behalf of the victim, the firm has agreed to accept **$3,000**. Mr. Crisp agrees to pay this amount of restitution.

18. Deborah A. Bianco represents the victim, Henley, of the "BluePillow1" series. On behalf of the victim, she has agreed to accept **$3,000**. Mr. Crisp agrees to pay this amount of restitution.

19. Restore the Child, PLLC, represents the victim, Ivy, of the "JBN Flowers2" series. On behalf of the victim, the firm has agreed to accept **$3,000**. Mr. Crisp agrees to pay this amount of restitution.

20. Marsh Law Firm PLLC represents the victim, Jane, of the "Cinder Block Blue" series. On behalf of the victim, the firm has agreed to accept **$3,000**. Mr. Crisp agrees to pay this amount of restitution.

21. Zarzaur Law, LLC, represents the victim, Janet Dove, of the "Doll Dance" series. On behalf of the victim, the firm has agreed to accept **$3,000**. Mr. Crisp agrees to pay this amount of restitution.

22. Restore the Child, PLLC, represents the victim, Jen, of the "JBN Flowers1" series. On behalf of the victim, the firm has agreed to accept **$3,000**. Mr. Crisp agrees to pay this amount of restitution.

23. Marsh Law Firm, PLLC, represents the victim, Jenny, of the "Jenny" series. On behalf of the victim, the firm has agreed to accept **$3,000**. Mr. Crisp agrees to pay this amount of restitution.

24. Deborah A. Bianco represents the victim, Jessy, of the "Surfer Hair" series. On behalf of the victim, she has agreed to accept **$3,000**. Mr. Crisp agrees to pay this amount of restitution.

25. The Law Office of Erik Bauer represents the victim, John Doe #2, of the "8kids2" series. On behalf of the victim, the firm has agreed to accept **$3,000**. Mr. Crisp agrees to pay this amount of restitution.

26. The Law Office of Erik Bauer represents the victim, John Doe #3, of the "8kids3" series. On behalf of the victim, the firm has agreed to accept **$3,000**. Mr. Crisp agrees to pay this amount of restitution.

27. The Law Office of Erik Bauer represents the victim, John Doe #4, of the "8kids4" series. On behalf of the victim, the firm has agreed to accept **$3,000**. Mr. Crisp agrees to pay this amount of restitution.

28. The Law Office of Erik Bauer represents the victim, John Doe #5, of the "8kids5" series. On behalf of the victim, the firm has agreed to accept **$3,000**. Mr. Crisp agrees to pay this amount of restitution.

29. The Oregon Crime Victims Law Center represents the victim, L.L., of the "Ashley_081" series. On behalf of the victim, the clinic has agreed to accept **$3,000**. Mr. Crisp agrees to pay this amount of restitution.

30. The Utah Crime Victims Legal Clinic represents the victim, Lana, of the Youngest Model Sister series. On behalf of the victim, the clinic has agreed to accept **$3,000**. Mr. Crisp agrees to pay this amount of restitution.

31. Carol L. Hepburn represents the victim, Lily, of the Vicky series. On behalf of the victim, she has agreed to accept **$4,000**. Mr. Crisp agrees to pay this amount of restitution.

32. Carol L. Hepburn represents the victim, Maria, of the "Best Necklace" series. On behalf of the victim, she has agreed to accept **$5,000**. Mr. Crisp agrees to pay this amount of restitution.

33. Deborah A. Bianco represents the victim, Maureen, of the "Lighthouse1" series. On behalf of the victim, she has agreed to accept **$3,000**. Mr. Crisp agrees to pay this amount of restitution.

34. Deborah A. Bianco represents the victim, Mya, of the "Sweet Pink Sugar" series. On behalf of the victim, she has agreed to accept **$3,000**. Mr. Crisp agrees to pay this amount of restitution.

35. Jones Day represents the victim, Patty, of the "Linda&Patty1" series. On behalf of the victim, the firm has agreed to accept **$3,000**. Mr. Crisp agrees to pay this amount of restitution.

36. Jones Day represents the victim of the PD11series. On behalf of the victim, the firm has agreed to accept **$4,000**. Mr. Crisp agrees to pay this amount of restitution.

37. Deborah A. Bianco represents the victim, Pia, of the "Sweet White Sugar" series. On behalf of the victim, she has agreed to accept **$3,000**. Mr. Crisp agrees to pay this amount of restitution.

38. Carol L. Hepburn represents the victim, Sarah, of the "Marineland1" series. On behalf of the victim, she has agreed to accept **$3,500**. Mr. Crisp agrees to pay this amount of restitution.

39. Carol L. Hepburn represents the victim, Savannah, of the "Jan_Socks2" series. On behalf of the victim, she has agreed to accept **$3,000**. Mr. Crisp agrees to pay this amount of restitution.

40. Carol L. Hepburn represents the victim, Sierra, of the "Jan_Socks1" series. On behalf of the victim, she has agreed to accept **$3,500**. Mr. Crisp agrees to pay this amount of restitution.

41. Carol L. Hepburn represents the victim, Skylar, of the "Jan_Socks3" series. On behalf of the victim, she has agreed to accept **$3,000**. Mr. Crisp agrees to pay this amount of restitution.

42. The representative of the victim of the "Tara" series has agreed to accept **$3,000**. Defendant agrees to pay this amount of restitution.

43. Marsh Law Firm PLLC represents the victim, Tori, of the "Pink Heart Sisters2" series. On behalf of the victim, the firm has agreed to accept **$3,000**. Mr. Crisp agrees to pay this amount of restitution.

44. Carol L. Hepburn represents the victim, Violet, of the "At School" series. On behalf of the victim, she has agreed to accept **$3,500**. Mr. Crisp agrees to pay this amount of restitution.

45. The Government supports the above agreements regarding the resolution of the restitution requests.

46. Defendant agrees that the restitution payments shall be made to the Clerk of the Court, U.S. District Court, Attention: Finance, P.O. Box 61010, Houston, TX 77208, who shall make payments to the respective trust accounts of counsel for the victims. Attached as Attachment A are the addresses of counsel and/or the trustee pay accounts designated by counsel.

47. The parties respectfully ask the Court to order restitution at sentencing in accordance with the Stipulation to Set Restitution contained herein.

Respectfully submitted,

ALAMDAR S. HAMDANI
United States Attorney

| | |
|---|---|
| */s/Stephanie Bauman* | */s/ Amr Adnan Ahmed (by permission)* |
| Stephanie Bauman | Amr Adnan Ahmed |
| Assistant United States Attorney | Assistant Federal Public Defender |
| 1000 Louisiana, Suite 2300 | 440 Louisiana Street, Suite 1350 |
| Houston, TX 77002 | Houston, TX 77002 |

ATTACHMENT A

1. Moore & Van Allen PLLC in trust for Ali of ZooFamily1
   Moore & Van Allen PLLC
   Attn: Sarah Byrne/049549.1
   100 N. Tryon Street, Suite 4700
   Charlotte, NC 28202
   Telephone: 704-331-3794

   Attorney for the victim, Ali, of the "ZooFamily1" series.

2. Marsh Law Firm PLLC in trust for Amy
   Marsh Law Firm PLLC
   Attn: Amy
   P.O. Box 4668 #65135
   New York, NY 10163-4668
   Telephone: 315-296-9046

   Attorney for the victim, Amy, of the "Misty" series.

3. Marsh Law Firm PLLC in trust for Andy
   Marsh Law Firm PLLC
   Attn: Andy
   548 Market St. #65135
   San Francisco, CA 94104-5401
   Telephone: 801-746-1204

   Attorney for the victim, Andy, of the "SpongeBob" series.

4. Restore the Child, PLLC, in Trust for Angela
   Restore the Child, PLLC
   2522 N. Proctor Street, Ste 85
   Tacoma, Washington, 98406
   Telephone: 253-392-4409

   Attorney for the victim, Angela, of the "Angela" series.

5. Utah Crime Victims Legal Clinic in trust for Anna
   Utah Crime Victims Legal Clinic
   404 East 4500 South, Ste. B24
   Salt Lake City, UT 84107
   Telephone: 801-746-1204

   Attorney for the victim, Anna, of the "Middle Model Sister" series.

6. Restore the Child, PLLC, in Trust for April
   Restore the Child, PLLC
   2522 N. Proctor Street, Ste 85
   Tacoma, Washington, 98406
   Telephone: 253-392-4409

   Attorney for the victim, April, of the "Aprilblonde" series.

7. Deborah A. Bianco, in trust for Ava
   Deborah A. Bianco
   P.O. Box 6503
   Bellevue, WA 98008
   Telephone: 425-747-4500

   Attorney for the victim, Ava, of the "Sweet Purple Sugar" series.

8. Carol L. Hepburn I/T/F Cara
   Carol L. Hepburn
   P.O. Box 17718
   Seattle, WA 98127
   Telephone: 206-957-7272

   Attorney for the victim, Cara, of the "MotorCouch" series.

9. Restore the Child, PLLC, in Trust for Chelsea
   Restore the Child, PLLC
   2522 N. Proctor Street, Ste 85
   Tacoma, Washington, 98406
   Telephone: 253-392-4409

   Attorney for the victim, Chelsea, of the "2 crazygurls" series.

10. Cusack & Gilfillan, LLC for "Cindy"
    Cusack & Gilfillan, LLC
    411 Hamilton Blvd.
    Ste. 1510
    Peoria, IL 61602
    Telephone: 309-637-5282

    Attorney for the victim, Cindy, of the "Cindy" series.

11. Deborah A. Bianco, in trust for Dipper
    Deborah A. Bianco
    P.O. Box 6503
    Bellevue, WA 98008
    Telephone: 425-747-4500

    Attorney for the victim, Dipper, of the "Jester" series.

12. Representative for the victim, DJMW, in the "Mother Full 20121" series.

    Please contact Victim/Witness with the United States Attorney's Office.

13. Tanya Hankins in Trust for Emily
    The Law Office of Erik Bauer
    P.O. Box 1091
    Tacoma, WA 98401
    Telephone: 425-246-6070

    Attorney for the victim, Emily, of the "TightsNGold" series.

14. Marsh Law Firm PLLC in trust for Erika
    Attn: Erika
    P.O. Box 4668 #65135
    New York, NY 10163-4668
    Telephone: 212-372-3030

    Attorney for the victim, Erika, of the "Pink Heart Sisters1" series.

15. Marsh Law Firm PLLC in trust for Fiona
    Attn: Fiona
    P.O. Box 4668 #65135
    New York, NY 10163-4668
    Telephone: 212-372-3030

    Attorney for the victim, Fiona, of the "BluesPink1" series.

16. Deborah A. Bianco, in trust for Henley
    Deborah A. Bianco
    P.O. Box 6503
    Bellevue, WA 98008
    Telephone: 425-747-4500

    Attorney for the victim, Henley, of the "BluePillow1" series.

17. Restore the Child, PLLC, in Trust for Ivy
    Restore the Child, PLLC
    2522 N. Proctor Street, Ste 85
    Tacoma, Washington, 98406
    Telephone: 253-392-4409

    Attorney for the victim, Ivy, of the "JBN Flowers2" series.

18. Marsh Law Firm PLLC in trust for Jane
    Marsh Law Firm PLLC
    Attn: Jane
    P.O. Box 4668 #65135
    New York, NY 10163-4668
    Telephone: 212-372-3030

    Attorney for the victim, Jane, of the "Cinder Block Blue" series.

19. Zarzaur Law, LLC, in trust for Janet Dove
    Zarzaur Law, LLC
    2332 2nd Avenue North
    Birmingham, AL 35203
    Telephone: 205-983-7985

    Attorney for the victim, Janet Dove, of the "Doll Dance" series.

20. Restore the Child, PLLC, in Trust for Jen
    Restore the Child, PLLC
    2522 N. Proctor Street, Ste 85
    Tacoma, Washington, 98406
    Telephone: 253-392-4409

    Attorney for the victim, Jen, of the "JBN Flowers1" series.

21. Marsh Law Firm PLLC in trust for Jenny
    Marsh Law Firm PLLC
    Attn: Jenny
    P.O. Box 4668 #65135
    New York, NY 10163-4668
    Telephone: 212-372-3030

    Attorney for the victim, Jenny, of the "Jenny" series.

22. Deborah A. Bianco, in trust for Jessy
    Deborah A. Bianco
    P.O. Box 6503
    Bellevue, WA 98008
    Telephone: 425-747-4500

    Attorney for the victim, Jessy, of the "Surfer Hair" series.

23. Tanya Hankins in trust for the 8Kids2 Series
    The Law Office of Erik Bauer
    P.O. Box 1091
    Tacoma, WA 98401
    Telephone: 425-246-6070

    Attorney for the victim, John Doe #2, of the "8kids2" series.

24. Tanya Hankins in trust for the 8Kids3 Series
    The Law Office of Erik Bauer
    P.O. Box 1091
    Tacoma, WA 98401
    Telephone: 425-246-6070

    Attorney for the victim, John Doe #3, of the "8kids3" series.

25. Tanya Hankins in trust for the 8Kids4 Series
    The Law Office of Erik Bauer
    P.O. Box 1091
    Tacoma, WA 98401
    Telephone: 425-246-6070

    Attorney for the victim, John Doe #4, of the "8kids4" series.

26. Tanya Hankins in trust for the 8Kids5 Series
    The Law Office of Erik Bauer
    P.O. Box 1091
    Tacoma, WA 98401
    Telephone: 425-246-6070

    Attorney for the victim, John Doe #5, of the "8kids5" series.

27. Tim Nay, Trustee of L.A.L. Trust
    Law Office of Nay & Friedenberg
    6500 SW Macadam Avenue, Ste. 300
    Portland, OR 97239
    Telephone: 503-208-8160

    Trustee for the victim, L.L., of the "Ashley_081" series.

28. Utah Crime Victims Legal Clinic in trust for Lana
    Utah Crime Victims Legal Clinic
    404 East 4500 South, Ste. B24
    Salt Lake City, UT 84107
    Telephone: 801-746-1204

    Attorney for the victim, Lana, of the "Youngest Model Sister" series.

29. Carol L. Hepburn I/T/F Lily
    Carol L. Hepburn
    P.O. Box 17718
    Seattle, WA 98127
    Telephone: 206-957-7272

    Attorney for the victim, Lily, of the "Vicky" series.

30. Carol L. Hepburn I/T/F Maria
    Carol L. Hepburn
    P.O. Box 17718
    Seattle, WA 98127
    Telephone: 206-957-7272

    Attorney for the victim, Maria, of the "Best Necklace" series.

31. Deborah A. Bianco, in trust for Maureen
    Deborah A. Bianco
    P.O. Box 6503
    Bellevue, WA 98008
    Telephone: 425-747-4500

    Attorney for the victim, Maureen, of the "Lighthouse1" series.

32. Deborah A. Bianco, in trust for Mya
    Deborah A. Bianco
    P.O. Box 6503
    Bellevue, WA 98008
    Telephone: 425-747-4500

    Attorney for the victim, Mya, of the "Sweet Pink Sugar" series.

33. Jones Day, in trust for Patty
    Jones Day
    Attn: Kelly Locher
    500 Grant Street, Suite 4500
    Pittsburgh, PA 15219
    Telephone: 412-394-7937

    Attorney for the victim, Patty, of the "Linda&Patty1" series.

34. Jones Day
    c/o Allison L. McQueen and Andrew E. Lelling
    110 North Wacker Dr., Ste. 4800
    Chicago, IL 60606
    Telephone: 312-269-1541

    Attorney for the victim of the "PD11" series.

35. Deborah A. Bianco, in trust for Pia
    Deborah A. Bianco
    P.O. Box 6503
    Bellevue, WA 98008
    Telephone: 425-747-4500

    Attorney for the victim, Pia, of the "Sweet White Sugar" series.

36. Carol L. Hepburn I/T/F Sarah
    Carol L. Hepburn
    P.O. Box 17718
    Seattle, WA 98127
    Telephone: 206-957-7272

    Attorney for the victim, Sarah, of the "Marineland1" series.

37. Carol L. Hepburn I/T/F Savannah
    Carol L. Hepburn
    P.O. Box 17718
    Seattle, WA 98127
    Telephone: 206-957-7272

    Attorney for the victim, Savannah, of the "Jan_Socks2" series.

38. Carol L. Hepburn I/T/F Sierra
    Carol L. Hepburn
    P.O. Box 17718
    Seattle, WA 98127
    Telephone: 206-957-7272

    Attorney for the victim, Sierra, of the "Jan_Socks1" series.

39. Carol L. Hepburn I/T/F Skylar
    Carol L. Hepburn
    P.O. Box 17718
    Seattle, WA 98127
    Telephone: 206-957-7272

    Attorney for the victim, Skylar, of the "Jan_Socks3" series.

40. Representative for the victim of the "Tara" series.

    Please contact Victim/Witness with the United States Attorney's Office.

41. Marsh Law Firm PLLC in trust for Tori
    Attn: Tori
    P.O. Box 4668 #65135
    New York, NY 10163-4668
    Telephone: 212-372-3030

    Attorney for the victim, Tori, of the "Pink Heart Sisters2" series.

42. Carol L. Hepburn I/T/F Violet
    Carol L. Hepburn
    P.O. Box 17718
    Seattle, WA 98127
    Telephone: 206-957-7272

    Attorney for the victim, Violet, of the "At School" series.