IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

UNITED STATES OF AMERICA

v.                                                                Cr. No.: G-21-0013

MICHAEL LYNN CRISP, JR.

### DEFENDANT'S NOTICE OF APPEAL

The defendant, Michael Lynn Crisp, Jr., through his attorney, the Federal Public Defender, hereby appeals from the judgment of conviction and sentence entered on May 31, 2023, in the above styled matter to the United States Court of Appeals for the Fifth Circuit.

                          Respectfully submitted,

                          MARJORIE A. MEYERS
                          Federal Public Defender
                          Southern District of Texas No. 3233
                          Texas State Bar No. 14003750

                          By /s/ Amr A. Ahmed
                          AMR A. AHMED
                          Assistant Federal Public Defender
                          Southern District of Texas No. 3088803
                          Virginia State Bar No. 81787
                          440 Louisiana, Suite 1350
                          Houston, TX 77002-1056
                                Telephone:  713.718.4600
                                Fax:             713.718.4610

## CERTIFICATE OF SERVICE

I certify that on May 31, 2023, a copy of the Notice of Appeal was served by Notification of Electronic Filing to the office of the United States Attorney at 1000 Louisiana Street, Suite 2300, Houston, Texas  77002.

> By /s/ Amr A. Ahmed
> AMR A. AHMED